■ In the Matter of IRVING LAZERSON et al., Appellants, v BOARD OF APPEALS OF THE VILLAGE OF PALMYRA, Respondent.—Judgment unanimously affirmed, without costs, on the memorandum at Special Term, Mastrella, J. (Appeal from judgment of Wayne Supreme Court—art 78.) Present—Cardamone, J. P., Simons, Schnepp, Callahan and Doerr, JJ.

■ In the Matter of JOSEPH INGRASSIA, Appellant, v MARVIN DRAKE, as Fire Chief of the Fire Department of the City of Rochester, Respondent. In the Matter of CHARLES SIRAGUSA, Appellant, v MARVIN DRAKE, as Fire Chief of the Fire Department of the City of Rochester, Respondent.—Judgment unanimously affirmed, without costs. Motion to dismiss appeal denied as moot. (Appeal from judgment of Monroe Supreme Court—art 78.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

■ In the Matter of CRAIG COPLEY, Petitioner, v LEON SCHWERZMANN, as Acting Jefferson County Judge, et al., Respondents.—Application unanimously denied, without costs, and petition dismissed. (Art 78.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.